| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>BRIONES, DAVID | 2. Court or Organization | 3. Date of Report<br><br>8/26/94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type)<br><br>X Nomination, Date __8/25/94__<br>__ Initial __ Annual __ Final | 6. Reporting Period<br><br>1/1/94 to<br>8/24/94 |
| 7. Chambers or Office Address<br><br>County Court at Law No. One<br>Rm. 802, County Courthouse<br>500 E. San Antonio, El Paso, TX 79901 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income) | | |
| 1 1/1/93 to<br>12/31/93 | Salary, Judge of County Ct.<br>County of El Paso-at Law Number One | $89,633.52 |
| 2 1/1/93 to<br>12/31/93 | Fees for performing marriages | $ 4,450.00 |
| 3 1/1/93 to<br>12/31/93 | Entitlements from previous law practice | $ 9,666.66 |
| 4 1/1/93 to<br>12/31/93 | I.B.E.W. Local Union #583, 6967 Commerce<br>El Paso, TX (S) | $ |
| 5 1/1/93 to<br>12/31/93 | El Paso Independent School District, 6531<br>Boeing Dr., El Paso, TX 79925 (S) | $ |

# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/90

Report Required by the Ethics
in Government Act of 1978, Pub. L. No.
95-521, December 31, 1978.
(5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRIONES, DAVID | | 8/26/94 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) X Nomination, Date 8/25/94 __ Initial __ Annual __ Final | 6. Reporting Period 1/1/93 to 8/24/94 |
|---|---|---|

| 7. Chambers or Office Address County Court at Law No. One Rm. 802, County Courthouse 500 E. San Antonio, El Paso, TX 79901 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1/1/93 to 12/31/93 | University of Texas at El Paso, El Paso, TX 79968 (S) | $_____ |
| 1/1/94 to 8/24/94 | Salary, Judge of Couty Ct. County of El Paso-at Law Number One | $ 60,340.00 |
| 1/1/94 to 8/24/94 | Fees for performing marriages | $ 5,090.00 |
| 1/1/94 to 8/24/94 | Entitlements from previous law practice | $ 7,000.00 |
| 1/1/94 to 8/24/94 | El Paso Independent School District, 6531 Boeing Dr., ElPaso, TX 79925 (S) | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>BRIONES, DAVID | Date of Report<br>8/26/94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|

☐ NONE (No such reportable reimbursements or gifts)

1. EXEMPT

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

☐ NONE (No such reportable gifts)

1. EXEMPT

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|

☒ NONE (No reportable liabilities)

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRIONES, DAVID | 8/26/94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-37 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for (Joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or Int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month: Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Savings Acct, Gov't Employess Cr. Union | A | Int | J | T | E X E M P T | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRIONES, DAVID | 8/26/94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___8/26/94___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:      Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

957



DAVID BRIONES
JUDGE

SUKY CARRERA
OFFICIAL COURT REPORTER

ALICE ACOSTA
COURT COORDINATOR

SAMMY RAY ESTORGA
BAILIFF

# County of El Paso

COUNTY COURT AT LAW NO. 1

802 COUNTY COURTHOUSE    EL PASO, TEXAS 79901

TELEPHONE 915 / 546-2011

FAX 915 / 546-8188

September 8, 1994

Committee On Financial Disclosure
Administrative Office Of The
   United States Courts
Washington, D. C.    20544

RE:    Amendment to Form AO-10
       of David Briones, dated
       8/26/94

Dear Members Of The Committee:

Please consider this letter an amendment to Form AO-10 of the
undersigned, dated 8/26/94.    Part VII, Investments and Trusts,
should include the following:

(1.) 1 Savings Acct, Gov't Employees Credit Union (J)
     [(J) was left out in original report].

(2.) 2 Retirement Account, Texas County & District
     Retirement System (J);

     B.(1) = A; B.(2) = Int; C.(1) = K; C.(2) = W;
     D. = EXEMPT.

My signature herein CERTIFIES as to the accuracy and
completeness of my Financial Disclosure Report as amended.

Sincerely,

David Briones
Judge

DB:aa

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| CASH ON HAND AND IN BANKS | 3800.00 | NOTES PAYABLE TO BANKS-SECURED | 27889.00 |
| U.S. GOVERNMENT SECURITIES- | 0 | NOTES PAYABLE TO BANKS-UNSECURED | 0 |
| add schedule | 0 | NOTES PAYABLE TO RELATIVES | 0 |
| LISTED SECURITIES-add schedule | 0 | NOTES PAYABLE TO OTHERS | 0 |
| ACCOUNTS AND NOTES RECEIVABLES: | 0 | ACCOUNTS AND BILLS DUE | 4188.00 |
| Due from Relatives & Friends | 0 | UNPAID INCOME TAX | 0 |
| Due from others | 0 | OTHER UNPAID TAX AND INTEREST | 0 |
| Doubtful | 0 | REAL ESTATE MORTGAGES PAYABLE- | 8900.00 |
| REAL ESTATE OWNED-add schedule | 65000.00 | add schedule | 0 |
| REAL ESTATE MORTGAGES RECEIVABLE | 0 | CHATTEL MORTGAGES AND OTHER | 0 |
| AUTOS AND OTHER PERSONAL PROPERTY | 25000.00 | LIENS PAYABLE | 0 |
| CASH VALUE-LIFE INSURANCE | 0 | OTHER DEBTS-Itemize: | 0 |
| OTHER ASSETS-itemized | 0 | | |
| RETIREMENT (Not Vested) | 18238.00 | | |
| | | TOTAL LIABILITIES | 40977.00 |
| | | NET WORTH | 71061.00 |
| | | TOTAL LIABILITIES | |
| TOTAL ASSETS | 112038.00 | AND NET WORTH | 112038.00 |

| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
|---|---|---|---|
| AS ENDORSER, COMAKER OR GUARANTOR | 0 | ARE ANY ASSETS PLEDGED? | |
| ON LEASES OR CONTRACTS | 0 | (add schedule) | Scheduled |
| LEGAL CLAIMS | 0 | ARE YOU DEFENDANT IN ANY SUITS | No |
| PROVISION FOR FEDERAL INCOME TAX | 0 | OR LEGAL ACTIONS? | No |
| OTHER SPECIAL DEBT | 0 | HAVE YOU EVER TAKEN BANKRUPTCY? | No |

Digitized by Google